1 McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 Jonathan W. Carlson
Nevada Bar No. 10536
3 *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
4 Nevada Bar No. 12814
*renee.maxfield@mccormickbarstow.com*
5 8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
6 Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant CSAA General
8 Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EILEEN BARRIGA aka ELIANA BARRIGA, | Case No. 2:19-cv-01426-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CSAA GENERAL INSURANCE COMPANY, a California Company; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 1through 10 inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party will bear their own costs and attorneys' fees.

DATED this 2nd day of April, 2020

           TITOLO LAW OFFICE

           By   /s/ *Timothy R. Titolo*
           Timothy R. Titolo, Nevada Bar No. 3617
           9950 West Cheyenne Avenue
           Las Vegas, Nevada 89129
           Tel. (702) 869-5100

           Attorneys for Plaintiff Eileen Barriga aka Eliana Barriga

DATED this 2nd day of April, 2020

           McCORMICK, BARSTOW, SHEPPARD,
           WAYTE & CARRUTH LLP

           By   /s/ *Jonathan W. Carlson*
           Jonathan W. Carlson, Nevada Bar No. 10536
           Renee M. Maxfield, Nevada Bar No. 12814
           8337 West Sunset Road, Suite 350
           Las Vegas, Nevada 89113
           Tel. (702) 949-1100

           Attorneys for Defendant CSAA General Insurance Company

**ORDER**

IT IS SO ORDERED.

DATED this 4th day of April, 2020

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

6698992.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

2        2:19-cv-01426-RFB-BNW
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE